### The Quality Car Company, Defendant in Error, v. J. J. Corkill, Plaintiff in Error.

### Gen. No. 19,459.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1913.   Affirmed.   Opinion filed May 19, 1914.

### Statement of the Case.

Action in the Municipal Court of Chicago by The Quality Car Company, a corporation, against J. J.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

Corkill to recover a balance of $142.83 claimed to be due for work and labor performed, materials furnished and storage. The main proof was an account stated. The trial was before the court without a jury. To reverse a judgment in favor of plaintiff, defendant brings error.

ADAMS, CANDEE, STEERE & HAWLEY, for plaintiff in error.

MILLER, GORHAM & WALES, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

## Abstract of the Decision.

1. ACCOUNT STATED, § 5*—*evidence sufficient to establish.* Evidence *held* sufficient to establish a stated account, where plaintiff by its bookkeeper proved that it mailed invoices to defendant every time it did work for him, and it appeared that bills were sent to him the first of every month and that he never made a protest or objection to the bills or denied that he owed the money and the defendant admitted he received such bills and did not deny the testimony of the bookkeeper.

2. ACCOUNT STATED, § 24*—*admissibility of books of account.* In an action on a stated account, plaintiff's ledger *held* admissible in evidence to show that items of credit claimed by defendant had been credited to him in the account.

3. SET-OFF AND RECOUPMENT, § 10*—*when claim for unliquidated damages not proper subject of set-off.* In an action on an account stated, *held* that a claim of set-off arising from an entirely distinct and separate transaction for unliquidated damages could not be set off.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.